1  Robert L. Hyde
   State Bar No.: 227183
2  Joshua B. Swigart
   State Bar No.: 225557
3  **HYDE & SWIGART**
   411 Camino Del Rio South, Suite 301
4  San Diego, CA 92108
   Telephone: (619) 233-7770
5  Facsimile: (619) 330-4657

6
   Attorneys for Plaintiff
7  Steven Heath

8
             UNITED STATES DISTRICT COURT,
9
           SOUTHERN DISTRICT OF CALIFORNIA
10

| STEVEN HEATH, | Case No.: 08 CV 1414 JM AJB |
| Plaintiff, | |
| | **PROOF OF SERVICE** |
| v. | |
| LEGAL RECOVERY LAW OFFICES, INC. | |
| Defendant. | |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Joshua B. Swigart, Esq. (SBN 225557)<br>Hyde & Swigart<br>411 Camino Del Rio South, Ste. 301<br>San Diego, CA. 92108<br>TELEPHONE NO.: 619-233-7770   FAX NO. *(Optional):* 619-297-1022<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Steven Heath | FOR COURT USE ONLY |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS: 880 Front Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, CA. 92101<br>BRANCH NAME: Southern District |

| PLAINTIFF/PETITIONER: Steven Heath | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Legal Recovery Law Offices, Inc. | 08-CV-1414-JM-AJB |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*
   Legal Recovery Law Offices, Inc.

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Ashlee Seay, Female 25-30, 5'5", Brunette

4. Address where the party was served:
   5030 Camino De La Siesta, No. 340, San Diego CA 92108

5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 8/11/2008   (2) at *(time):* 12:00 p.m.
   b. [ ] **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: Steven Heath | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Legal Recovery Law Offices, Inc. | 08-CV-1414-JM-AJB |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                       (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*:
       under the following Code of Civil Procedure section:
       ☑ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                         ☐ other:

7. **Person who served papers**
   a. Name: Timothy W. Barrett, Southwest Legal Services
   b. Address: 411 Camino Del Rio South, Suite 301 San Diego, CA. 92108
   c. Telephone number: 619-955-7225
   d. **The fee** for service was: $ 85.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☐ owner  ☑ employee  ☐ independent contractor.
         (ii) Registration No.: 1436
         (iii) County: San Diego

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 8/11/2008

Timothy W. Barrett                                       ▶ *[signature]*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)            (SIGNATURE)

POS-010 [Rev. January 1, 2007]           **PROOF OF SERVICE OF SUMMONS**           Page 2 of 2